**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-6714**

———————————

GARY L. WISE,

            Plaintiff – Appellant,

      v.

HENRY F. FLOYD, Judge; CAMERON MCGOWAN CURRIE, Judge;
WILLIAM M. CATOE, JR., Judge,

            Defendants – Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Henry M. Herlong, Jr., Senior
District Judge.  (8:09-cv-00454-HMH)

———————————

Submitted:  August 20, 2009        Decided:  August 27, 2009

———————————

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gary L. Wise, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary L. Wise appeals the district court's order adopting the magistrate judge's recommendation to dismiss his claims against Defendants after a 28 U.S.C. § 1915A (2006) review. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Wise v. Floyd</u>, 8:09-cv-00454-HMH (D.S.C. Mar. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>